MSPB Good morning. Is it Mr. Larverdain? Good morning. My name is Malcolm X. Larverdain. I'm counsel for appellate Tammy B. Bale. And we're here to deal with the issue I feel that was brought about by the Bankruptcy Act of 1978. Prior to this act, the field of bankruptcy was pretty much the wild, wild west. A lot of inconsistencies, creditors, debtors, and third parties were treated unfairly. As a result, Congress acted and enacted the Bankruptcy Act of 1978. It pretty much created the bankruptcy court system that we have today. It brought a bunch of unity and cohesion to an otherwise disorganized system. But isn't it a question whether Ms. Bale was a federal employee? Yes, it is, Your Honor. That is, in fact, the question. And with the act, it also created the trustee. And this trustee represents the estate of the debtor and is tasked with paneling the administrative tasks associated with bankruptcy. We're now moving towards the issue of is the trustee an independent contractor or an employee? Now, this issue really has not been dealt with head on. It's been tangentially discussed in various cases. But what's the evidence that she was a federal employee? Well, the evidence I have in this situation is Title 28, Title 11, and the handbook for the U.S. Trustee's Office. Those three bodies of law pretty much mandate how the U.S. Trustee's Office is to be conducted. As a matter of fact, the handbook... Aren't there definitions of a federal employee and a requirement that a SF50 be utilized? I understand that, Your Honor, but I feel that we can get there by first defining what is a trustee. The legislation created this position. It was birthed out of the Department of Justice. This position is controlled by the Department of Justice. I mean, when I say controlled, every facet of it is controlled by the Department of Justice. So, at some point, I think we need to examine the relationship between the trustee and the Department of Justice. Did she get a paycheck from the U.S. Treasury? No, Your Honor. She got a check from the U.S. Trustee. However, those funds allocated stem from a budget that were approved by the U.S. Trustee's Office. So, the U.S. Trustee's Office has allocated the money to the trustee to pay my client. So, I mean, when I say every facet of the office is controlled by the U.S. Trustee's Office, I mean that. Now... But how does that necessarily get you to the point you need to be in this case, as Judge Berre pointed out, which is, is she a federal employee? Well, I get there by examining the relationship between the U.S. Trustee and the standing trustee. When you look at tests that determine whether or not an independent contractor is maybe an employee, when you examine it, all four tests... I mean, every facet of his office is controlled by the Department of Justice, and that's how we get there. I think there's a gap, and I think it's time that this relationship between the U.S. Trustee and the standing trustee is adequately vetted. Don't you have to go to Congress for that? Well, not necessarily. I feel that the Bankruptcy Act created the position, but when you look at the handbook that was promulgated in Titles 28 and 11, it's clear that a tremendous amount of control is exerted over a standing trustee by the Department of Justice. I mean, yes, it would be clear to say that, but the title has to mean something. If you're going to say that a trustee is private, well, there needs to be some similarities or, I guess, something that shows that he is, in fact, a private. That's not the case in this matter. But is that really the inquiry? I mean, does the MSPB have to show that somebody is private, or do you have to show she's an employee? And just because there's distinction between private and non-private, how does that necessarily get you to where you need to be, which is she's a federal employee under the statutory regime? Well, I get there when there's looking at the relationship of the standing trustee and the Department of Justice. There's a gap there. I understand that there's been some intent to put the standing trustee on the island all by himself, but he's not by himself. I mean, every facet of his office is controlled by the Department of Justice. And case law, really, for the most part, really does not know how to define a standing trustee. There's been a lot of inconsistency throughout. In any event, what you're doing is talking about the trustee, not your client. I understand that. I understand that. And I get there by looking at the relationship that my client has with the standing trustee who has a relationship with the Department of Justice. I understand it's a long shot, but I think that this issue really needs to be addressed because without it, it's really difficult to pigeonhole and define what a standing trustee is. Well, we're trying to define whether your client's an employee or not. I understand that. Not whether they're a trustee. I understand that. What cases or what legal authority do you have to support your theory, your control theory? Okay, well, really, the cases I have, I have statutes, titles 11 and 28 in the handbook that the U.S. trustee's office mandates that standing trustees operate by. I mean, the handbook has everything from reporting requirements, income requirements, budget requirements, the duties of the trustee. I mean, the equipment of the trustee doesn't even belong to him. It belongs to the U.S. trustee. So I understand that I'm kind of back on this argument, but to get there, you need to at least, I guess, we get there by defining what is the exact nature of my client's employer to the federal government here. And I agree with Judge Loring. Yes, it would have been a lot easier if Congress would have clearly spelled this out, but there is, in fact, a gap here. Congress did spell out the definition of an employee, 7511A1. Yes. And your client doesn't fit within that. Well, I feel like she does fit within that because she works for an office that is controlled by the Department of Justice. I think that's how we get there. And in essence, you just can't put a standing trustee's office by itself and be the end of it. His life is – he was birthed by the Bankruptcy Act of 1978. He comes out of the Department of Justice. That office, that framework, that supervision all comes from the Department of Justice. And you just can't ignore it and be like, okay, employee, prove to us how you are a federal employee. I'll prove to you that I'm a federal employee because I work for somebody who is controlled by the federal government. That's how I'm a federal employee. So when you think about this, this is perhaps the most unique independent contractor-employee relationship to ever exist. When you look at the control that the Department of Justice exerts over a standing trustee, it's pretty much unprecedented. So we get there by looking at the relationship between the relationship my client has with the standing trustee. In other words, you're trying to substitute logic for statute. Pretty much. Why don't we hear from – you want to reserve the rest of your time? Yes. Do we have a divided argument here? Good morning. You're dividing your time? Yes, ma'am. Okay. MSPB properly found that Ms. Bell was not a federal government employee who was entitled to appeal her discharge to the Merit Systems Protection Board. Pursuant to 5 U.S.C. 7701, the Merit Systems Protection Board can only adjudicate appeals only where it is granted that authority by statute or regulations. 5 U.S.C. 7705 says that the Merit Systems Protection Board can only adjudicate appeals that come from an employee, and 7511 defines an employee as one being in the competitive service or in the accepted service. Petitioner has put forth no evidence, absolutely no evidence, that shows that she was in the accepted service or she was a competitive employee. They have submitted several cases. All of the cases that they submitted says just the opposite of what they're trying to show. Petitioner concedes that she does not fall within any of the categories of an accepted employee or a competitive employee. In fact, the personnel office where the standing trustee worked searched their records and could find no documentation, no Form 50 or any other form that shows that Ms. Bell was a federal employee. What about your opponent's argument related to control, that if you have a federal agency that exerts some sort of control that flows down to a worker, that that should be sufficient for us to find that there's been an establishment of an employee? No, it isn't, Your Honor, because Ms. Bell has to be appointed as a federal employee, and she has put forth no evidence, no documentation that she has been appointed as a federal employee. In fact, the standard Form 50 that she would fall under, which most government agencies use, there may be a couple other forms I'm not familiar with now, but those are the general standard forms the government agencies use, and it shows that the person is appointed, and they use accepted service or competitive service. Ms. Bell has put forth no evidence of that. She is a private employee. In fact, when she filed the appeal with the state court, Mr. Thornburg, who is Ms. Bell's employee, had it removed to the district court. When Ms. Bell tried to get it removed back to the state court, Ms. Bell said, I'm not a federal employee. Yeah, but she was forced to stay in federal court. She lost that battle. Yes, she did, and she lost that battle. I can understand and appreciate why she felt like, well, given the ruling, I have to change my tune. Maybe I am a federal employee. Well, actually, the removal statute, she was removed. The Fifth Circuit said the removal statute because she was acted under. No court said that Ms. Bell was a federal employee, and they certainly did not say that Ms. Bell was a federal employee entitled to appeal for removal to the Merit Systems Protection Board. In other words, it was removed because it raised a federal issue? It was removed because she was acted under, and the Fifth Circuit said that Mr. Thornburg was entitled to come under the removal statute. Of course, summary judgment was granted because it was not 20 employees, which is a standard that you have to have in order to agree with that. But because she was acted under, but the Fifth Circuit did not say that Ms. Bell was a federal employee. The removal statute was removed because of the status of Mr. Thornburg, not Ms. Bell. Ms. Bell has to show that she is a federal employee entitled to appeal her removal to the Merit Systems Protection Board, for which she has not. In all of her, the appellant cited several cases. She cited Myers, under Myers. Myers never said that she was a federal employee. Ms. Bell cited another case where the Supreme Court never said that Ms. Bell was a federal employee entitled to appeal to the Merit Systems Protection Board. In short, Ms. Bell has presented no statute, no regulations, or case law that she meets her burden to show that she was an employee entitled to appeal her removal to the board. Petitioner lists several sections of the statute. 5 U.S.C., 11 U.S.C., 28, and several sections of 28 U.S.C. None of those sections, none of those sections say that Ms. Bell is a federal employee entitled to appeal her removal to the board. It does not matter whether or not Mr. Thornburg, Mr. Thornburg is a private standing trustee. If Ms. Bell has to go somewhere in terms of asserting her appeal, I'm not familiar with the Louisiana state law. They talk about the difference between a trustee and the difference between a private citizen. She has cited no law, no law whatsoever, that says that the board, and the board can only adjudicate those appeals that have specifically given it authority to do so by statute or regulation. And there is nothing in Ms. Bell's submissions to the board. While doing the administrative state, there is nothing in Ms. Bell's brief. There is nothing in the cases that she cited that will show that the board has jurisdiction to adjudicate her appeal. And we submit that the board correctly dismissed Ms. Bell's appeal as not being within the board's jurisdiction. Thank you. Please, the court. My colleague Ms. Reardon has really, I think, effectively presented the information. Can I ask you, since you're representing DOJ here, can you, what is this, I mean, this office is under your control of supervision and budget, no? Budget, not exactly. It is under the U.S. Trustee's Program, is under the Department of Justice. The U.S. Trustee appoints rosters of private standing trustees across the country to be able to step in and handle the administration of bankruptcy estates. The way the fees work is that there's a budget, the funds that pay the private standing trustee come out of the estate, and there's a schedule that's set out in the statute. So there are all these private trustees. All these private trustees out across the country. Including this employee's employer, this person's employer, right? Yes. And they are, in your view, independent contractors? In the nature of independent contractors, that's right. They don't get any funding from the federal government. How are they selected? Is it a competitive selection? Is there something, or are they just, how are they selected? Well, the U.S. Trustee is the one that selects the private standing trustees. I don't actually know. I'm not really familiar with the process by which they apply. Is it a permanent position? Is it a permanent position, or is it just a John-to-him case? They may join the roster of private trustees. They may be dropped from the roster of private trustees. I'm not sure what the selection process is or how they get selected in the first place, but they're not hired. They're just included on a roster of private trustees to handle cases in a certain region or part of the country. And then they have independent authority. Whoever they want to hire, they hire, and they are responsible for paying. Absolutely. They hire the employees in their office. They fire the employees in the office. They pay them out of their own proceeds, and their own salaries come out of the estate, not from the federal government. So it's just that the U.S. Trustee's office selects the private trustees, and that the statute controls how they operate and how they administer the estate, but otherwise they operate in the nature of a private contractor. As I guess both parties concede, there's no case that's ever found that the private trustee is an employee of the government, much less one of the private trustee's employees. And as Ms. Reardon pointed out, there's been absolutely no evidence from Ms. Bell that she was ever appointed to a competitive or accepted service position with the federal government, and it is, of course, her burden to demonstrate that, since she has to establish jurisdiction. I think the only thing I can probably – happy to answer any questions. The only thing I can really add, I think, to what Ms. Reardon said was in response to the question, that Judge Rayna asked about control and the argument that Petitioner is making about control. I think that argument is effectively rebutted by a case we cited in our brief, Costner v. United States, and that was a court of claims case where the Petitioner was arguing that control and supervision was enough to establish the employment relationship, and the court very definitively said, no, control comes out of this sort of common law master-servant relationship, which is irrelevant to federal law, because federal employment is not defined under common law, but pursues a statute, and the statute requires that the employee be an accepted or competitive service appointment. It requires an appointment, and here there has not been so much as an allegation of appointment, never mind any evidence furnished of appointments, and Ms. Bell simply has failed to establish, and the board correctly found that she failed to establish that she was a federal employee with appeal rights to the board. Thank you very much. Time for a rebuttal. I submit to you that the Department of Justice has more control over the private trustees than is previously discussed by counsel officers. Well, that may or may not be true, but why don't you tell us how it's sufficient to establish to make Ms. Bell an employee? Well, if you look at the Bell case that was decided by the Fifth Circuit, and it clearly put a standing trustee under the Department of Justice. In the past, people wanted to put the trustee on the judiciary side. That now has been clarified. A standing trustee now comes out of the Department of Justice. To get to where I'm trying to be, you have to then look at the relationship that the trustee has with the Department of Justice. I find it hard pressed to stand here and say that the standing trustee is independent or private when he has a tremendous amount of regulation that's put upon him by the U.S. trustee's office. So I submit to you that with that type of control, it has to flow that my client works for a federal agency, which means that the standing trustee is a federal employee. I mean, you're complete? Yeah, I'm complete. We thank all counsel and the case is submitted. Thank you. Thank you. That concludes our proceedings this morning. All rise.